Charles L. Coleman III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Telephone:    415-743-6900
Facsimile:     415-743-6910
Email: charles.coleman@hklaw.com

Attorneys for Plaintiff
THE SANKO STEAMSHIP COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SANKO STEAMSHIP COMPANY LIMITED, a business entity organized under the laws of Japan,<br><br>             Plaintiff,<br><br>vs.<br><br>JIT INTERNATIONAL CORPORATION LIMITED, a business entity organized under the laws of China,<br><br>             Defendant. | Case No. 3:17-CV-2795<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ORDER OF ATTACHMENT AND MOTION FOR SUBSTITUTE PROCESS SERVER** [Fed.R.Civ.P. Supp. B(1); Admir. L.R. 2-3, 4-3]<br><br>**IN ADMIRALTY** |

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I, CHARLES L. COLEMAN III, do hereby declare as follows:

1.    I am a partner with the firm of Holland & Knight LLP, and am one of the attorneys for plaintiff The Sanko Steamship Company Limited ("Sanko") in this action. I am duly admitted to practice before the United States District Court for the Northern District of California.

2.    This declaration is executed by me in order to secure the issuance and execution of a Writ of Attachment and Garnishment in the above-styled action pursuant to Admiralty Rule

B (Fed. R. Civ. P. Supp. B) and the Local Rules of Practice in Admiralty and Maritime Claims before this Court.

3. Based upon information and documents provided to me by Sanko via its subrogated insurers and London arbitration counsel, as well as lawyers and staff at our New York City office, I am familiar with the facts and circumstances underlying this dispute. I am submitting this declaration in support of the Verified Complaint for Maritime Attachment and the requested Orders of Attachment and for Substitute Process Server.

4. As attorney for The Sanko Steamship Company Limited, I hereby certify to the Court and to the Clerk of the Court that I have made a diligent search and inquiry to ascertain the name and address of a person or party upon whom can be served process *in personam* that will bind Defendant JIT International Corporation Limited ("JIT" or "Defendant").

5. I have personally examined the online database of the California Secretary of State, and Defendant JIT was neither listed as a California business entity, nor as foreign business entity authorized to do business in California.

6. I have reviewed internal communications generated by my firm's library staff confirming that there is no reported California presence for "JIT International Corporation Limited" in any of the following sources: (a) Dunn & Bradstreet; (b) Westlaw; (c) Equasis; (d) Equasis; (e) InforMare; (f) Infospectrum Ltd.; and (g) Company website.

7. To the best of my knowledge, based upon such diligent search and inquiry by me and members of my firm and firm staff, I have been unable to ascertain the name and address of any person or party within this District upon whom service of process could be made so as to bind the Defendant.

8. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant is liable to Plaintiff Sanko for the damages alleged in the Verified Complaint, which amounts, as best as they can presently be determined, amount to a total of **$1,124,031.07**.

9. Upon information and belief, and based on a confidential investigative report indicating that Defendant has maintained bank accounts in its name in San Francisco, the Defendant has tangible and intangible property including debts, assets, effects, and monies,

funds, credits, accounts, or brokerage accounts that belong to it or are maintained for its benefit within the District.

10. Plaintiff Sanko therefore requests that this Court, pursuant to Rule B(1) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, issue a writ of maritime attachment and garnishment for an amount up to **$1,124,031.07** as against Defendant's property in the District.

11. This declaration is further made in support of Plaintiff's application for an Order to appoint several employees of Holland & Knight LLP, each of whom is over 18 years of age and not a party to or an attorney in this action, as substitute process servers, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Declaration in Support of the Complaint on the Garnishee(s).

12. I am informed and believe that the granting of this request will result in a material savings in process and travel expenses.

13. On behalf of Plaintiff, I respectfully request that the accompanying application for a writ of maritime attachment and garnishment be granted, and that a substitute process server be appointed as set out more fully in the accompanying proposed Order for Issuance of Writ of Attachment and Garnishment and Appointing Substitute Process Servers.

Dated: May 15, 2017, at San Francisco, California

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

*[signature]*

_____
CHARLES L. COLEMAN III