Charles L. Coleman III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Telephone:   415-743-6900
Facsimile:    415-743-6910
Email: charles.coleman@hklaw.com

Attorneys for Plaintiff
THE SANKO STEAMSHIP COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SANKO STEAMSHIP COMPANY LIMITED, a business entity organized under the laws of Japan,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JIT INTERNATIONAL CORPORATION LIMITED, a business entity organized under the laws of China,<br><br>　　　　　　Defendant. | Case No. 3:17-CV-2795<br><br>**[PROPOSED] WRIT OF ATTACHMENT AND GARNISHMENT** |

**TO THE DESIGNATED SUBSTITUTE PROCESS SERVERS:**

**WHEREAS** a Verified Complaint has been filed in the United States District Court for the Northern District of California on the 15th day of May, 2017, by The Sanko Steamship Company Limited ("Plaintiff") against JIT International Corporation Limited ("JIT" or "Defendant") in a certain action for indemnity for costs incurred in connection with a General Average event pursuant to a maritime contract wherein it is alleged that there is due and owing from Defendant to Plaintiff the amount of **$1,124,031.07** and praying for process of maritime attachment and garnishment against the Defendant, and for the attachment of the tangible and intangible property of said Defendant;

1    **NOW, THEREFORE**, we do hereby empower and strictly charge and command you,
2    the said designated process servers, to cite and admonish the said Defendant, if it shall be found
3    in your district, to appear before the said District Court, at the U.S. District Courthouse for the
4    Northern District of California, that you attach the all goods, chattels, credits, letters of credit,
5    bills of lading, debts, effects and monies, funds, credits, accounts, brokerage accounts, letters of
6    credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible
7    property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the
8    benefit of the Defendant, or otherwise moving through or within the possession, custody, care or
9    control of such entities as may be served with this Order and Process, <u>including but not limited</u>
10   <u>to</u>:

11          **Bank of America, N.A.**
12          **50 California St.**
13          **San Francisco, CA 94111**

14   and if no such tangible or intangible property can be found, that you attach the tangible or
15   intangible property of Defendant JIT International Corporation Limited to the amount sued for,
16   in the hands of garnishees as may be found.

17          You are also directed to notify the said garnishee that:

18   1.     A foreign attachment has been commenced against the Defendant JIT
19          International Corporation Limited;
20   2.     The garnishee is required to file in the office of the Clerk of the United States
21          District Court for the Northern District of California within twenty-one (21) days
22          from the service of this Writ, a report, under oath, setting forth in detail all debts
23          owing by the garnishee to the Defendant JIT International Corporation Limited in
24          the possession, custody or control of the garnishee or to which the garnishee holds
25          legal title; all property which is held by the garnishee as fiduciary in which the
26          Defendant JIT International Corporation Limited has an interest; and whether any
27          property attached is immune or exempt from attachment; and
28

WRIT OF ATTACHMENT                            2                         Case No. 3:17-CV-2795

3. The garnishee is enjoined from paying any debt to or for the account of Defendant, and from delivering any property owned by the Defendant to or for the account of the Defendant including charter hire payments or otherwise disposing thereof;

4. The garnishee is required to promptly forward to Defendant, by any form of mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy of the Summons.

If the property of the Defendant is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

Garnishee may, pursuant to Supplemental Rule B(3)(a) for Admiralty or Maritime Claims and Asset Forfeiture Actions, deposit any property, including charter hire payments owed to any Defendant, into the registry of the Court.

**Amount of Plaintiff's claim: $1,124,031.07 including estimated interest.**

_____  
Clerk

_____  
UNITED STATES DISTRICT JUDGE

By: _____  
Deputy Clerk

Date: _____